IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| J.S., III, a minor, by and through J.S., Jr. and M.S., his parents and next friends, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:14cv1196-WHA ) |
| THE HOUSTON COUNTY BOARD OF, EDUCATION, | ) ) (wo) ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date, Judgment is entered in favor of the Houston County Board of Education and against the Plaintiff, J.S., III, a minor, by and through J.S., Jr. and M.S. his parents and next friends.

Costs are taxed against the Plaintiff.

Done this 3rd day of August, 2015.

/s/ W. Harold Albritton _____
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE