IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| J.S., III, A MINOR, BY AND THROUGH J.S., JR., AND M.S., HIS PARENTS AND NEXT FRIENDS, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL CASE NO.:1:14-cv-1196-ECM ) |
| THE HOUSTON COUNTY BOARD OF EDUCATION, | ) ) ) |
| Defendant. | ) |

## **ORDER ON PRO AMI HEARING**

Now pending before the Court is the parties' joint motion to approve the settlement (doc. 93) filed on April 30, 2019. The parties appeared by and through counsel at the pro ami hearing held on April 30, 2019. After due consideration and review of the pleadings, evidence, stipulations and representations of counsel and the Guardian Ad Litem, the Court concludes that the terms and conditions of the said settlement as reflected in the Release and Settlement Agreement are just, fair and reasonable and that the approval and confirmation by the Court of the agreement of the parties is conservative of the best interest of the said minor Plaintiff. Accordingly, for good cause, it is

ORDERED that the motion to approve the settlement be and is hereby GRANTED and the settlement of the parties be and is hereby APPROVED as follows:

1.  Upon completion of the obligation of the Defendant pursuant to the terms of the Release and Settlement Agreement, M.S.L. and J.S., Jr. are hereby legally authorized to execute the Release and Settlement Agreement reviewed and approved by this Court, as a full and complete satisfaction of all claims asserted herein on behalf of J.S., III against the defendant.

2.  The Court hereby approves the payment of attorney's fees and expenses charged to date for the representation of J.S.,III, and the amount of which the Defendant has agreed to pay for or towards such fees and expenses as $325,000.00. The Court finds the fees and expenses incurred in said representation are reasonable and have been duly earned and/or expended by the Plaintiff's said counsel and that the payment of said fees and expenses are conservative of the best interests of the minor Plaintiff.

3.  The Court hereby authorizes payment of said amounts as follows:

a.  Check should be made payable in the amount $325,000 to Kirby Johnson, P.C., as attorneys for J.S.,III, a minor." Attorney William T. Johnson, III, shall deposit this check into his firm's IOLTA/Trust Account or firm operating

account and disburse these funds as has been agreed upon by and between counsel for the Plaintiff.

      b.     As for the Plaintiff's share, the Court orders Plaintiff's counsel to deposit these funds, in the amount of $125,000, with the Alabama Family Trust for the account of J.S., III. The Alabama Family Trust is empowered to receive and administer the funds for the minor's benefit, so as to maintain his eligibility for federal, state, medical, and other benefits all pursuant to this order.

      4.     Upon completion of the obligations of the Defendant pursuant to the terms of said settlement agreement and upon execution of the Release and Settlement Agreement reviewed and approved by this Court, the Defendant, the Houston County Board of Education, its insurers, its officers, its employees, agents, affiliates, successors, and/or assigns (the "Releases"), are released from any and all claims, claims, demands, costs, expenses, losses or injuries of any sort, action and causes of action against them, or any of them, arising from or related in any manner to any act of occurrence up to the present time and particularly, but not by way of limitation, on account of all bodily injury, disability, property damage, medical expenses, mental anguish, emotional distress, punitive damages, loss or damages of any kind already sustained by or that J.S.,III, J.S., Jr. or M.S.L. may hereafter sustain in consequence of or related in any manner to claims against the Defendant Board arising out of or related to the incidents alleged in the complaint

in this case that occurred in or around August of 2010 though and including March 22, 2012, at or near Wicksburg High School in Houston County, Alabama, including any act, omission, or occurrence (whether singular or plural) made the basis of the civil action currently pending in the United States District Court for the Middle District of Alabama, styled and docketed <u>J.S.III, a minor, by and through J.S. Jr. and M.S., his parents and next friends, et al.,1:14-CV-1196-ECM</u> or any claim that could have been made in the aforesaid action against the Board, or that could have been made in any separate action against the Board.

5. The Court APPROVES a fee in the amount of $1,645.00 to be paid to Guardian Ad Litem Jon Paul Sawyer, and finds that this is reasonable and has been duly earned by Jon Paul Sawyer as the guardian ad litem for J.S., III, and said fee is hereby approved and taxed as costs in this action. Said costs are taxed to Defendant Houston County Board of Education.

Done this 2nd day of May, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE